IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 08-30010-GPM-PMF |
| | ) |
| vs. | ) Title 18, United States Code, Sections |
| | ) 666, 1001, 1343, 1346, 1512(c)(1), |
| MICKEY L. DOOLEY, | ) 2113(c) |
| | ) |
| Defendant. | ) Title 26, United States Code, Section |
| | ) 7203 |

**FILED**
JAN 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1

**FALSE STATEMENT TO THE FEDERAL BUREAU OF INVESTIGATION**

On May 18, 2007, in Madison County, within the Southern District of Illinois,

**MICKEY L. DOOLEY,**

defendant herein, did knowingly and willfully make a materially false statement to Special Agent Jonathan L. Kelly of the Federal Bureau of Investigation in a matter within the jurisdiction of the executive branch of the Government of the United States. The F.B.I., with the assistance of the Illinois State Police, were investigating the disappearance of money from the evidence vault of the Alton Police Department, which included money that had been seized and retained as evidence in federal bank robbery prosecutions. **MICKEY L. DOOLEY** falsely stated to Special Agent Jonathan L. Kelly of the Federal Bureau of Investigation that he had purchased an Apple laptop computer, whereas **MICKEY L. DOOLEY** fully knew at the time that he had obtained the laptop computer during the execution of a search warrant at the residence of L.F., the execution of the search warrant being in furtherance of the investigation of a bank robbery.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 2

### WIRE FRAUD INVOLVING THE DEPRIVATION OF RIGHT TO HONEST SERVICES OF THE ALTON POLICE DEPARTMENT EVIDENCE CUSTODIAN

From in or about May of 2004 and continuing through on or about April 16, 2007, in Madison County, within the Southern District of Illinois, and elsewhere,

**MICKEY L. DOOLEY,**

defendant herein, did engage in a scheme to defraud the City of Alton Police Department and the citizens of the Southern District of Illinois out of the right to honest services of the evidence officer of the Alton Police Department to preserve the integrity of evidence being stored in connection with criminal investigations and prosecutions. The scheme to defraud involved the misuse of his position for private gain and involved the foreseeable use of interstate communication facilities in the ordinary course of business of the Alton Police Department.

1. As evidence officer, **MICKEY L. DOOLEY** was designated to operate the evidence storage system for the Alton Police Department. As evidence officer, **MICKEY L. DOOLEY** was accountable for control of all property accepted by or stored in the evidence vault. Currency being held as evidence was required to be kept in separate locked cabinet within the evidence vault that was under constant video surveillance by motion detection cameras. Currency or any articles with a value of $100 or more were required to be tagged, electronically bar-coded as evidence prior to the end of the shift during which the property was obtained.

2. As evidence officer, **MICKEY L. DOOLEY** maintained an electronic record-keeping system that was required to reflect the current location of all property, the date and time when the property was received or released, the character, type and amount of property, the chain of custody for each item from the time the property was stored until its destruction or other final disposal, and the dates and results of all inspection and inventories of property and audits of records.

3. At all times there were only two keys in existence to the evidence vault. **MICKEY L. DOOLEY** had possession of one of the vault keys and the other vault key was kept locked and sealed in a hidden and secured Administration key box which required two authorized signatures to unseal. At all times there were only two keys in existence to the money locker within the locked evidence vault.

MICKEY L. DOOLEY had possession of one of the money locker keys and the other key was kept locked within the hidden and secured Administration key box.

4. MICKEY L. DOOLEY, in furtherance of a scheme to defraud the Alton Police Department and the citizens of the Southern District of Illinois, violated evidence and property management procedures, misappropriated evidence for personal gain, and thereby deprived the community out of the right to honest services of the evidence officer of the Alton Police Department to preserve the integrity of evidence being stored in connection with criminal investigations and prosecutions.

5. On or about April 6, 2007, an interstate communication facility was used, that is an e-mail transmission to MICKEY L. DOOLEY directing him to gather evidence being held in the Alton Police evidence vault to return to the Federal Bureau of Investigation for a federal bank robbery prosecution. MICKEY L. DOOLEY's concealment of his misappropriation of evidence was incidental to an essential part of his scheme to continue his employment and further misappropriate evidence. MICKEY L. DOOLEY knew that the F.B.I. would be seeking the return of the evidence in the ordinary course of business and therefore that the use of telephones or email transmissions would occur in the ordinary course of business.

All in violation of Title 18, United States Code, Section 1343 and 1346.

## COUNT 3

### CORRUPTLY ATTEMPTING TO CONCEAL AN OBJECT, A LAPTOP COMPUTER, WITH INTENT TO IMPAIR ITS AVAILABILITY FOR USE IN AN OFFICIAL PROCEEDING

From on or about October 24, 2006 through the 27th day of April, 2007, in Madison County, within the Southern District of Illinois,

**MICKEY L. DOOLEY,**

defendant herein, did corruptly attempt to conceal an object, a Apple laptop computer, with the intent to impair its availability for use in an official proceeding.

On or about October 24, 2006, **MICKEY L. DOOLEY,** as evidence custodian for the Alton Police Department, participated in the execution of a search warrant at the residence of L.F. in furtherance of law enforcement efforts in a bank robbery investigation. **MICKEY L. DOOLEY**

removed an Apple laptop computer from the residence and never logged in the laptop computer as evidence. At the time **MICKEY L. DOOLEY** seized the computer he was aware that the laptop computer was potential evidence in a future proceeding involving the prosecution of the bank robbers. On April 27, 2007, the laptop computer was seized from the residence of **MICKEY L. DOOLEY**.

All in violation of Title 18, United States Code, Section 1512(c)(1).

## COUNT 4

### DISPOSAL OF MONEY THAT HAD BEEN STOLEN FROM OLIN CREDIT UNION

From on or about June 19, 2006 through the 10th day of April, 2007, in Madison County, within the Southern District of Illinois,

**MICKEY L. DOOLEY,**

defendant herein, did dispose of approximately $4,056 of United States currency, which had been stolen from Olin Credit Union, knowing that the money had been stolen from the Olin Credit Union. The Olin Credit Union had and has its accounts insured by the National Credit Union Administration Board.

All in violation of Title 18, United States Code, Section 2113(c).

## COUNT 5

### DISPOSAL OF MONEY THAT HAD BEEN STOLEN FROM U.S. BANK

From on or about October 23, 2006 through the 16th day of April, 2007, in Madison County, within the Southern District of Illinois,

**MICKEY L. DOOLEY,**

defendant herein, did dispose of approximately $18,608, of United States currency, which had been stolen from U.S. Bank, knowing that the money had been stolen from U.S. Bank. U. S. Bank has and had its deposits insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(c).

## COUNT 6

### MISAPPLICATION OF PROPERTY UNDER THE CARE, CUSTODY AND CONTROL OF A LOCAL GOVERNMENT THAT RECEIVES FEDERAL FUNDS

From in or about May of 2006 through the 17th day of April, 2007, in Madison County, within the Southern District of Illinois,

**MICKEY L. DOOLEY,**

defendant herein, while employed as the evidence custodian for the Alton Police Department, intentionally misapplied property valued at $5000 or more, that was under the care, custody and control of the Alton Police Department and during that same period of time the Alton Police Department received over $10,000 in federal assistance funds.

All in violation of Title 18, United States Code, Section 666.

## COUNT 7

### FAILURE TO FILE A 2006 U. S. INDIVIDUAL INCOME TAX RETURN

That during the calendar year 2006, in Madison County, within the Southern District of Illinois and elsewhere, the defendant,

**MICKEY L. DOOLEY,**

a resident within the Southern District of Illinois, had and received gross income in excess of the minimum filing requirements of gross income of $8,450 (for filing individually) for that taxable year and that by reason of such gross income, the law required the defendant **MICKEY L. DOOLEY** to file a federal income tax return with respect to the gross income received, following the close of the calendar year 2006 and on or before April 17th, 2007 and to make such return or returns to the District Director of the Internal Revenue Service for the Internal Revenue or to the Director, Internal Revenue Service Center, or other proper officer of the United States, stating specifically the items of his gross income and any deductions and credits to which he was entitled; that well-knowing and believing all the foregoing, the defendant **MICKEY L. DOOLEY** did willfully fail to make said income tax return to

the said Director of the Internal Revenue Service, to said Director of the Internal Revenue Service Center, or to any other proper office of the United States.

All in violation of Title 26, United States Code, Section 7203.

**A TRUE BILL**

_____
FOREPERSON

_____
NORMAN R. SMITH
Assistant United States Attorney

_____
RANDY G. MASSEY
Acting United States Attorney

Recommended Bond:        $20,000 SECURED